## MEMORANDUM DECISIONS.

HUTCHINGS, SEALY & CO., *a Partnership, etc., Appellants*, v. THE MISSOURI, KANSAS & TEXAS RAILWAY COMPANY, *Appellee.*

No. 16,923.

OPINION ON REHEARING.

Appeal from Labette district court. Opinion on rehearing, filed February 10, 1912. Reversal sustained. (For original opinion, see 84 Kan. 479, 114 Pac. 1070.)

*F. M. Harris*, and *Karnes, New & Krauthoff*, for the appellants.

*John Madden*, and *W. W. Brown*, for the appellee.

*Per Curiam:* The briefs submitted upon rehearing have been carefully considered, but the court adheres to the view expressed in the former opinion. The order of reversal will therefore stand.

BENSON, J., not sitting.